# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00157-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | ECF No. 25 |
| JESUS DELVAL-INZUNZA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, December 9, 2019 at 9:30 a.m., be vacated and continued to December 30, 2019, at the hour of 11:00 a.m.

DATED this 4th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE